# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNDA LYNN JONES,<br><br>    Plaintiff,<br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:17-cv-00846-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 13) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall file her opening brief on or before March 21, 2018;

2. Defendant shall file a response on or before April 20, 2018; and

3. Plaintiff's reply, if any, shall be filed on or before May 7, 2018.

IT IS SO ORDERED.

Dated: **February 21, 2018**

                                            UNITED STATES MAGISTRATE JUDGE