# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| LYNDA JONES,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:17-cv-00846-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION OF TIME OF 7 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 16)<br><br>DEADLINE: APRIL 27, 2018 |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendant shall file a response to Plaintiff's opening brief on or before April 27, 2018.

IT IS SO ORDERED.

Dated: __**April 20, 2018**__

                                                        UNITED STATES MAGISTRATE JUDGE