# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNDA LYNN JONES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:17-cv-00846-SAB<br><br>ORDER STRIKING STIPULATION AND PROPOSED ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES<br><br>(ECF No. 24-25) |

　　　　On October 22, 2018, Plaintiff Lynda Lynn Jones filed a stipulation and proposed order for the award and payment of attorney fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and costs pursuant to 28 U.S.C. § 1920. (ECF No. 24.) On the same date, Plaintiff filed a notice errata and request to strike duplicate filing notifying the Court that ECF No. 24 was erroneously filed. (EFC No. 25.) Accordingly, the stipulation and proposed order (ECF No. 24) is HEREBY STRICKEN FROM THE RECORD.

IT IS SO ORDERED.

Dated: __**October 23, 2018**__　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1